# In the United States Court of Federal Claims

Case No. 05-1303C
(Filed: February 14, 2006)

****************************************************
NORTH TOWNE PROPERTIES, I, L.P., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court is in receipt of the parties' **Joint Motion for a Stay of Proceedings** while certain related cases remain in the Court's ADR Program (before Judge Marian Blank Horn), filed February 10, 2006.

In accordance with the parties' **Joint Motion for a Stay of Proceedings**, **this case is stayed until 14 days after the conclusion of ADR proceedings**.

**Parties shall file a Joint Status Report every 60 days, starting April 14, 2006, or 14 days after ADR is concluded.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge